IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA JAROSLAWSKY, | |
| Plaintiff, | No. C 12-04949 JSW |
| v. | **ORDER VACATING HEARING** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |
| _____ / | |

The Court has reviewed Defendants' motion to dismiss, and it finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for March 8, 2013, and it shall issue a written order in due course.

**IT IS SO ORDERED.**

Dated: March 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE