IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CECILIA JAROSLAWSKY,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

No. C 12-04949 JSW

**ORDER REGARDING LETTER REQUESTING RECUSAL**

On January 21, 2014, the Court received a letter from Plaintiff's counsel requesting that the undersigned recuse himself due to the fact that his son is a deputy city attorney with the San Francisco City Attorney's Office. Out of an abundance of caution in another matter in which the City and County of San Francisco was a defendant, the Court sought a formal opinion from the Committee on Codes of Conduct regarding a request for recusal on precisely the same grounds. The Committee issued a thorough opinion finding that recusal is not warranted. Therefore, the Court denies Plaintiff's request for recusal. The letter from the Committee on Codes of Conduct is attached.

    **IT IS SO ORDERED.**

Dated: January 23, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE