DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
BLAKE P. LOEBS, State Bar #145790
Deputy City Attorney
Fox Plaza Building, 1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:      (415) 554-4248
E-Mail:         blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MARLA JUROSEK AND LAURA PAGANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA JAROSLAWSKY, | Case No. C 12-4949 JSW |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, (PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION; (PRCD)); MARLA JUROSEK, PRCD MANAGER, PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION and LAURA PAGANO, Regulatory Compliance Supervisor Specialist, PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION, and DOES 1 to 25, Inclusive , | Trial Date: October 27, 2014<br>Time:        8:00 a.m.<br>Place:       Ctrm 11, 19th Flr<br>               450 Golden Gate Ave.<br>               San Francisco, CA |
| Defendants. | |

n:\labor\li2012\130443\00911077.doc

1    Having found good cause, It is HEREBY ORDERED that the Joint Administrative Motion to

2    Continue the trial date, currently scheduled for October 27, 2014, be GRANTED.  The new trial date

3    shall be __May 4, 2015__, which shall be treated as the original trial date for all scheduling and deadline

4    purposes.

5

6    _____
     HONORABLE JEFFREY S. WHITE

7    JUDGE, U.S. DISTRICT COURT

8

9    Dispositive motions hearing CONTINUED to January 30, 2015 at 9:00 a.m.
     Pretrial conference CONTINUED to April 13, 2015 at 2:00 p.m.

10   Jury selection CONTINUED to April 29, 2015 ay 8:00 a.m.
     Trial CONTINUED to May 4, 2015 at 8:00 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ADM. MOTION          1          n:\labor\li2012\130443\00911077.doc
TO CONTINUE TRIAL DATE, USDC # C 12- 4949