| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669<br>City Attorney |
| 2 | ELIZABETH SALVESON, State Bar #83788<br>Chief Labor Attorney |
| 3 | BLAKE P. LOEBS, State Bar #145790<br>Deputy City Attorney |
| 4 | Fox Plaza Building, 1390 Market Street, Fifth Floor<br>San Francisco, California 94102-5408 |
| 5 | Telephone: (415) 554-3868<br>Facsimile: (415) 554-4248 |
| 6 | E-Mail: blake.loebs@sfgov.org |
| 7 | Attorneys for Defendants |
| 8 | CITY AND COUNTY OF SAN FRANCISCO,<br>MARLA JUROSEK AND LAURA PAGANO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA JAROSLAWSKY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, (PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION; (PRCD)); MARLA JUROSEK, PRCD MANAGER, PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION and LAURA PAGANO, Regulatory Compliance Supervisor Specialist, PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION, and DOES 1 to 25, Inclusive ,<br><br>    Defendants. | Case No. C 12-4949 JSW<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE AND RELATED DEADLINES**<br><br>Trial Date: October 27, 2014<br>Time: 8:00 a.m.<br>Place: Ctrm 11, 19th Flr<br>         450 Golden Gate Ave.<br>         San Francisco, CA |

n:\labor\li2012\130443\00911077.doc

1  Having found good cause, It is HEREBY ORDERED that the Joint Administrative Motion to
2  Continue the trial date, currently scheduled for October 27, 2014, be GRANTED. The new trial date
3  shall be __May 4, 2015__, which shall be treated as the original trial date for all scheduling and deadline
4  purposes.

_____
HONORABLE JEFFREY S. WHITE
JUDGE, U.S. DISTRICT COURT

Dispositive motions hearing CONTINUED to January 30, 2015 at 9:00 a.m.
Pretrial conference CONTINUED to April 13, 2015 at 2:00 p.m.
Jury selection CONTINUED to April 29, 2015 ay 8:00 a.m.
Trial CONTINUED to May 4, 2015 at 8:00 a.m.