DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
BLAKE P. LOEBS, State Bar #145790
Deputy City Attorney
Fox Plaza, 1390 Market Street, Fifth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3868
Facsimile:     (415) 554-4248
E-Mail:        blake.loebs@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
MARLA JUROSEK AND LAURA PAGANO

CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA 94115
Telephone:    (415) 346-8015, Facsimile:    (415) 346-8238

Attorneys for Plaintiff
CECILIA JAROSLAWSKY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CECILIA JAROSLAWSKY, | Case No. C 12-4949 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR COMPLETION DATE** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, (PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION; (PRCD)); MARLA JUROSEK, PRCD MANAGER, PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION and LAURA PAGANO, Regulatory Compliance Supervisor Specialist, PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION, and DOES 1 to 25, Inclusive , | Action Filed:   September 21, 2012<br>Trial Date:     May 4, 2015 |
| Defendants. | |

n:\labor\li2012\130443\00916919.doc

Pursuant to a conference call with the appointed Mediator, Judge Garcia, the parties by and through their respective counsel agree, subject to the approval of the Court, to extend the final day to complete ADR to August 13, 2014. Under the Court's current ADR scheduling order, the parties were to complete ADR on May 16, 2014.

Good cause exists to continue the ADR completion date. Plaintiff was recently terminated and will be amending her complaint to allege facts regarding her termination. For any mediation to be productive, both parties will need to conduct some discovery regarding Plaintiff's new claims. The parties believe that this discovery can be completed by before August 13, 2014. Judge Garcia agreed that the mediation of this matter should be continued as well. The trial of this matter, and all deadlines including discovery, were recently extended by this Court for the same reason.

Accordingly, **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** and parties request that the Court order the parties to complete mediation by August 13, 2014.

Dated: April 8, 2014                         Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
BLAKE P. LOEBS
Deputy City Attorney
By: /s/Blake P. Loebs_____
BLAKE P. LOEBS
Attorneys for Defendant


LAW OFFICE OF CURTIS G. OLER
By: /s/Curtis G. Oler_____
CURTIS G. OLER
Law Offices of Curtis G. Oler
Attorney for Plaintiff

Dated: April 8, 2014

**[PROPOSED] ORDER**

For good cause appearing, it is hereby ORDERED: that the date to complete ADR be continued to August 13, 2014

Dated: __April 9, 2014_____    _____
                                    HON. JEFFREY S. WHITE
                                    United States District Court Judge

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR    n:\labor\li2012\130443\00916919.doc
*Jaroslawsky v. CCSF et al.*, Case No. C 12-4949 JSW