CURTIS G. OLER (Bar No. 63689)
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, California   94115
Telephone: 415 346-8015
Facsimile: 415 346-8238

Attorney for Plaintiff
  Cecilia Jaroslawsky

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CECILIA JAROSLAWSKY,<br><br>　　　　　Plaintiff,<br><br>　　VS.<br><br>CITY AND COUNTY OF SAN FRANCISCO, (PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION; (PRCD)); MARILA JUROSEK, PRCD MANAGER, PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION and LAURA PAGANO, Regulatory Compliance Supervisor Specialist, PUBLIC UTILITIES COMMISSION, PLANNING AND REGULATORY COMPLIANCE DIVISION , and DOES 1 to 25, Inclusive,<br><br>　　　　　Defendants. | NO.  C12-4949 JSW<br><br>STIPULATION  AND ORDER THEREON |

　　WHEREAS, Plaintiff has filed the within complaint herein on or about September 21, 2012.

　　WHEREAS, factual developments in this matter have changed substantially since the filing of the original complaint herein.

Stipulation                                                              1

1   WHEREAS, Defendant terminated Plaintiff's employment on December 20, 2013.

2   WHEREAS, on February 20, 2014, Plaintiff duly filed administrative charges of
3   discrimination, retaliation and harassment in violation of the Age Discrimination in Employment
4   Act (ADEA) 29 U.S.C. § 621, *et seq*., California Fair Employment and Housing Act,
5   Government Code §§ 12940a, h and j, respectfully with the United States Equal Employment
6   Opportunity Commission (EEOC) and the California Department of Fair Employment and
7   Housing (DFEH).

8   WHEREAS, the United States Equal Employment Opportunity Commission (EEOC) and
9   the California Department of Fair Employment and Housing (DFEH) on or about March 5, 2014,
10  have issued Plaintiff notices of right to sue on her said administrative charges relative thereto.

11  WHEREAS Plaintiff must now amend her complaint to allege unlawful discriminatory
12  employment actions against her relating to the termination of her employment as set out in said
13  administrative charge.

14  NOW, THEREFORE, the parties agree and stipulate that Plaintiff be allowed to file a
15  First Amended Complaint herein (copy attached) relative thereto .

16  Dated: April 14, 2014          /s/ Curtis G. Oler

17                                 _____
                                   CURTIS G. OLER
18                                 Attorney for Plaintiff

19

20                                 /s/ Blake P. Loebs

21  Dated: April ___, 2014         _____

22                                 BLAKE P. LOEBS
                                   Deputy City Attorney
23

24  ORDER ALLOWING FILING OF FIRST AMENDED COMPLAINT

25  The Court having considered the Stipulation and Agreement of the parties that Plaintiff
26  be allowed to file a First Amended Complaint relative thereto herein,

27

28  Stipulation                              2

1     FOR GOOD CAUSE SHOWN,

2     IT IS HEREBY ORDERED that Plaintiff may file said First Amended Complaint ~~within~~ on file.

3 ~~ten (10) days after the expiration of the period of time referred to in 29 U.S.C. § 626(d).~~

4 Dated: April 24, 2014

      */s/ Jeffrey S. White*

6     JEFFREY S. WHITE
    United States District Judge

Stipulation     3