UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

CECILIA JAROSLAWSKY,

        Plaintiff,

   v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.
_____/

No. C 12-4949 JSW

**ORDER RE: ATTENDANCE AT MEDIATION**

IT IS HEREBY ORDERED that the request to excuse the named defendants Marla Jurosek, Harlan Kelly, Elaine Lemming, Sarah Minick, Tommy Moala, and Laura Pagano from participating in the October 17, 2014, mediation before David Garcia is GRANTED.

IT IS SO ORDERED.

October 15, 2014      By:   _____
Dated                                     Maria-Elena James
                                           United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California