| | |
|---|---|
| 1 | CURTIS G. OLER (Bar No. 63689) |
| 2 | LAW OFFICES OF CURTIS G. OLER<br>Post Office Box 15083 |
| 3 | San Francisco, California  94115<br>Telephone: 415 346-8015 |
| 4 | Facsimile:  415 346-8238 |
| 5 | Attorney for Plaintiff<br>   Cecilia Jaroslawsky |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CECILIA JAROSLAWSKY,                )     NO.  C12-4949 JSW
                                    )
            Plaintiff,               )     STIPULATION FOR AND ORDER
                                    )     EXTENDING TIME FOR
                                    )     PLAINTIFF TO FILE
   VS.                              )     OPPOSITION TO DEFENDANTS'
                                    )     MOTION FOR SUMMARY JUDGMENT
CITY AND COUNTY OF SAN              )     OR IN THE ALTERNATIVE,
FRANCISCO, (PUBLIC UTILITIES        )     SUMMARY ADJUDICATION
COMMISSION, PLANNING AND            )     OF ISSUES  AS MODIFIED
REGULATORY COMPLIANCE               )
DIVISION; (PRCD)); HARLAN KELLY,    )
General Manager, PUC; TOMMY MOALA,  )     Date:  February 20, 2105
Assistant General Manager, Wastewater )   Time:  9:00 AM
Enterprise, PUC; MARLA JUROSEK,     )     Place: Ctrm. 5, 2nd Floor
PRCD MANAGER, PUBLIC UTILITIES      )            1301 Clay Street
COMMISSION, PLANNING AND            )            Oakland, California 94612
REGULATORY COMPLIANCE               )     Before: Hon. Jeffrey S. White
DIVISION; LAURA PAGANO, Regulatory  )
Compliance Supervisor Specialist,   )
PUBLIC UTILITIES COMMISSION,        )
PLANNING AND REGULATORY             )
COMPLIANCE DIVISION' ELAINE T.      )
LEMMING, Senior Personnel Analyst,  )
Human Resources Services, PUC; SARAH )
MINICK, Utilities Specialist, Planning )
and Regulatory Compliance Division, )
PUC; DAVID FORTMAN, Private         )
Investigator, San Francisco Public Utilities )
Commission; MARTHA JENSEN, Deputy   )
Director of Human Resources, PUC; and )
DOES 1 through 25, Inclusive,       )
                                    )
            Defendants.              )
                                    )
_____)

Stip to Continue Filing Date

1  WHEREAS, this Court on January 12, 2015, (because of major computer/scanner and
2  printer failures making it impossible to complete filing of Plaintiff's Opposition papers by
3  January 9, 2015, the due date) issued a stipulated Order extending time to January 12, 2015, for
4  Plaintiff to file said opposition papers and extending time for Defendants reply thereto from
5  January 16, 2015, to 19, 2015;
6  WHEREAS, during the re-initiation of Plaintiff's filing of said opposition papers on
7  January 12, 2015, the above major malfunctions of Plaintiff's computer/scanner printer system
8  resurfaced, making it impossible for said opposition filings to be completed before January 12,
9  2015;
10  WHEREAS, Plaintiff has completed filing of her said opposition papers on January 14.
11  2015; and
12  WHEREAS, the above developments necessitate an extension of time for Defendants to
13  file their reply to said opposition from January 19, 205 to January 26, 2015.
14  N0W, THEREFORE, the parties stipulate and agree that Plaintiff shall have an extension
15  of time from January 12, 2025 to January 14, 20125 to file said opposition and that Defendants
16  shall have an extension of time from January 19, 2015 to January 26, 2015, to reply to said
17  opposition.
18  Date: January 14, 2015

/s/ Curtis G. Oler
_____
CURTIS G. OLER
Attorney for Plaintiff

Dated January 4, 2015          /s/ Blake P. Loebs
_____
BLAKE P. LOEBS
Attorney for Defendants

ORDER

Pursuant to the foregoing stipulation of the parties, time for Plaintiff to file an opposition
Defendants' Motion for Summary Judgment or in the Alternative, Summary Adjudication of

Stip to Continue Filing Date                 2

1 Issues, shall be extended from January 12, 2015 to January 14, 205 and the time for Defendants
2 to respond to same if necessary shall be extended from January 19, 2015 to January ~~26~~ 23, 2015.
3 Dated: January 14, 2015

_____
JEFFREY S. WHITE
United States District Judge

Stip to Continue Filing Date          3